James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
dkirkpatrick@sessions.legal

Attorney for Credence Resource Management, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO OWENS,               | Case No.: 2:21-cv-02550-GW-PVC |
|------------------------------|-------------------------------|
| Plaintiff,                   |                               |
| vs.                          | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) |
| CREDENCE RESOURCE MANAGEMENT, LLC, |                         |
| Defendant.                   | Complaint served: April 1, 2021<br>Current response date: April 22, 2021<br>New response date: May 3, 2021 |

It is hereby stipulated by Plaintiff Antonio Owens and Defendant Credence Resource Management, LLC ("CRM"), through undersigned counsel, that CRM

Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)

1

shall have an extension of time to respond to the Complaint, up to and including May 3, 2021.

The extension is needed to allow defense counsel time to investigate Plaintiff's claims in preparation for responding to the Complaint, and for the parties to evaluate the prospects for early resolution of this matter. This stipulation is made in good faith and not for any purpose of delay.

This stipulation does not extend the time to respond by more than a cumulative total of thirty (30) days from the date CRM's response initially would have been due.

IT IS SO STIPULATED.

Dated: 4/22/2021          SESSIONS, ISRAEL & SHARTLE, L.L.P.

                          */s/ Brittany L. Shaw*
                          Brittany L. Shaw
                          Attorney for Defendant
                          Credence Resource Management, LLC

Dated: 4/22/2021          KIMMEL & SILVERMAN, P.C.

                          */s/Amy L. Bennecoff Ginsberg*
                          Amy L. Bennecoff Ginsberg, Esq.
                          Attorney for Plaintiff
                          Antonio Owens