# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OWENS, | ) Case No.: 2:21-cv-02550 GW-PVC ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF |
| v. | ) DISMISSAL ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) ) Judge: Hon. George H. Wu ) |
| Defendant. | ) |

AND NOW, this __26th__ of __October__, 2021, upon review of the stipulation of dismissal filed by the Parties, it is hereby ORDERED that the case shall be dismissed with prejudice with each side bearing its own fees and costs.

SO ORDERED:

*George H. Wu* (signature)

Hon. George H. Wu
U.S. DISTRICT JUDGE